Riley, E. L. Cotter, F. H. Kone, W. F. Warner, H. L. Morrison, J. H. Plummer, George H. Ostendorf, I. H. White, C. E. Hubbard, and C. W. Shipley, Sr., Members of the Said Association, the Mutual Aid & Beneficial Association of Monumental Division No. 52, of Brotherhood of Locomotive Engineers, an Unincorporated Association, the Locomotive Engineers' Mutual Life & Accident Insurance Association, a Corporation, the Grand International Brotherhood of Locomotive Engineers, an Unincorporated Association, and W. S. Stone, Grand Chief Engineer of the Grand International Brotherhood of Locomotive Engineers, etc., Appellees. (Circuit Court of Appeals, Fourth Circuit. May 27, 1924.) No. 2177. Appeal from the District Court of the United States for the District of Maryland, at Baltimore; John C. Rose, Judge. For opinion below, see 286 Fed. 949. Cyrus G. Derr, of Reading, Pa. (F. Howard Smith, of Baltimore, Md., on the brief), for appellant. Arthur L. Jackson, of Baltimore, Md. (Oscar J. Horn, of Cleveland, Ohio, on the brief), for appellees. Before WOODS and WADDILL, Circuit Judges, and WATKINS, District Judge.

PER CURIAM. We think the decree in this case is right, and it is affirmed, on the following authorities: Otto v. Tailors' B. & P. Union, 75 Cal. 308, 17 Pac. 217, 7 Am. St. Rep. 156 and note; Society, etc., v. Commonwealth, 52 Pa. 125, 91 Am. Dec. 139; Maxwell v. Theatrical Mech. Ass'n, 54 Misc. Rep. 619, 104 N. Y. Supp. 815; Dewar v. Minneapolis Lodge, No. 44, B. P. O. E., 155 Minn. 98, 192 N. W. 358; Del Ponte v. Societa Italiana, 27 R. I. 1, 60 Atl. 237, 70 L. R. A. 188, 114 Am. St. Rep. 17; 25 R. C. L. 55; 5 C. J. 1354. Affirmed.

---

FLEISCHMANN CONSTRUCTION COMPANY and the National Surety Company, Plaintiffs in Error, v. UNITED STATES of America, to Use of G. W. FORSBERG, Henry A. Kries & Sons, Wallace & Gale, Warren Webster Co. et al., Defendants in Error. (Circuit Court of Appeals, Fourth Circuit. March 10 and 27, 1924.) No. 2196. In Error to the District Court of the United States for the Eastern District of Virginia, at Alexandria. Levi H. David, of Washington, D. C., Wm. F. Kimber, of New York City, and Caton & Caton, of Alexandria, Va., for plaintiffs in error. W. P. Cavanaugh, David W. Kahn, Bartholomew Foody, Jr., and Weissberger & Leichter, all of New York City, R. B. Washington and Wm. P. Woolls, both of Alexandria, Va., and B. E. Hinton and Leo P. Harlow, both of Washington, D. C., for defendants in error.

PER CURIAM. Judgment of District Court affirmed. Order allowing writ of error from Supreme Court to review 298 Fed. 330, filed March 27, 1924.

---

Jacob B. HIRSHFELD, ding business as J. B. Hirshfeld & Company, Plaintiff in Error, v. TENNESSEE MILLS, Inc., Defendant in Error. (Circuit Court of Appeals, Second Circuit. May 5, 1924.) No. 353. In Error to the District Court of the United States for the Southern District of New York. Edward Endelman and I. Maurice Wormser, both of New York City, for plaintiff in error. J. Nathan Helfat, of New York City, for defendant in error. Before HOUGH, MANTON, and MAYER, Circuit Judges.

PER CURIAM. Judgment affirmed, with costs.

---

Thomas J. HOWARD, Libelant-Appellant, v. Jacob H. HALSTEAD and Thomas H Story, composing the firm of W. H. Story & Co., and George T. Renke, Respondents-Appellees. (Circuit Court of Appeals, Second Circuit.